UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MICHAEL ALAF GETTER,

        Plaintiff,

v.

DR. WILLIAM A. BERK, DR. NASEEM
UKANI and DR. DENISE GRAY,

        Defendants.
_____/

Case No.    11-12021

HONORABLE AVERN COHN

## JUDGMENT

For the reasons stated in the Memorandum and Order entered on March 13, 2012, judgment is entered in favor of defendants Dr. William A. Berk, Dr. Naseem Ukani and Dr. Denise Gray and against plaintiff..

DAVID WEAVER

Dated: June 12, 2012        By: s/Julie Owens
                                    Deputy Clerk

I hereby certify that a copy of the foregoing document was mailed to Michael Getter, 184843, Chippewa Correctional Facility, 4269 W. M-80, Kincheloe, MI 49784 and the attorneys of record on this date, June 12, 2012, by electronic and/or ordinary mail.

                              S/Julie Owens
                              Case Manager, (313) 234-5160