**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

Michael Alaf Getter,

        Plaintiff,

vs.

Jane Doe #1, et al,

        Defendants.    /

Case No. 11-12021

District Judge Avern Cohn

Magistrate Judge Mona K. Majzoub

**ORDER STRIKING AMENDED COMPLAINT (DOCUMENT 53)**

This is a case alleging §1983 denial of medical care. Plaintiff Michael Alaf Getter is a state prisoner currently confined at the Richard A. Handlon Correctional Facility in Ionia, Michigan. This matter was referred to the undersigned for all pretrial proceedings (docket no. 10).

On May 31, 2012 Judge Avern Cohn struck Plaintiff's First Amended Complaint (docket no. 39) because plaintiff named all of the original defendants. Plaintiff then filed an Amended Complaint striking a line through a number of the defendants' names, leaving defendants Jane Doe, Dr. Hagues and Wayne County Sheriff's Department as remaining defendants. Once again the amended complaint (docket no. 53) does not comply with the Court's directive to file an amended complaint naming only Jane Doe #1 and Dr. Hagues as defendants.

Plaintiff is again ordered to file an amended complaint that names only the following defendants:

- Jane Doe #1

- Dr. Hagues

Plaintiff's failure to comply within 10 days of the date of this order may result in dismissal of the

case.

        SO ORDERED.


Dated: September 6, 2012                    s/ Mona K. Majzoub
                                            MONA K. MAJZOUB
                                            United States Magistrate Judge



## **PROOF OF SERVICE**

        I hereby certify that a copy of this order was served upon Michael Alaf Getter and
Counsel of Record on this date.


Dated: September 6, 2012                    s/ Lisa C. Bartlett
                                            Case Manager